# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 08-cv-00481-REB-CBS

MODIS, INC.,

    Plaintiff,

v.

TYRON TOUCHARD, and
GEOSEARCH, INC.,

    Defendants.

---

## MINUTE ORDER[1]

---

    The matter before the court is **Plaintiff's Motion For a Temporary Restraining Order and Preliminary Injunction** [#4], and **Plaintiff's Brief in Support of Motion For Temporary Restraining Order and Preliminary Injunction** [#5], both filed March 13, 2008. Both the motion and the brief are **STRICKEN** for failure to comply with REB Civ. Practice Standard V.B.1.

    Dated: March 14, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.