IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-00481-REB-CBS

MODIS, INC.,

    Plaintiffs,

v.

TRYON TOUCHARD, and
GEOSEARCH,

    Defendants.

## ORDER GRANTING MOTION TO SEAL

**Blackburn, J.**

The matter before me is **Plaintiff's Motion For Permission To File Documents Under Seal** [#12], filed March 17, 2008. The requirements of D.C.COLO.LCivR 7.1 and 7.2 have been satisfied. A showing of compelling reasons has been made. No objections have been filed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's Motion For Permission To File Documents Under Seal** [#12], filed March 17, 2008, **IS GRANTED**; and

2. That the emails referenced in paragraph #18 of the Declaration of Travis Hunt (Docket No. 11-2), as well as a printout from the confidential COSMOS database, are **FILED UNDER SEAL**.

Dated March 26, 2008, at Denver, Colorado.

                                              **BY THE COURT:**

                                              **s/ Robert E. Blackburn**
                                              **Robert E. Blackburn**
                                              **United States District Judge**