IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00481-REB-CBS

MODIS, INC.,

    Plaintiff,

v.

TYRON TOUCHARD, and
GEOSEARCH, INC.,

    Defendants.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED: that Plaintiff's Motion for an Extension of Time to File Confidential Settlement Statement and Initial Disclosures (*doc. no. 41*) is **GRANTED**. Plaintiff has up to and including May 23, 2008 to submit a confidential settlement statement and to comply with the mandatory disclosure requirements of FED.R.CIV.P. 26(a)(1), as amended

    IT IS FURTHER ORDERED that Plaintiff's Stipulation Protecting Confidential Material (docketed as a "Stipulated MOTION for Protective Order") (filed 5/22/08; *doc. no. 44*) is **DENIED**, without prejudice.

    Before refiling counsel for the Plaintiff should note the following steps:

1)     Need to file a Motion for Protective Order;
2)     Need to attach the stipulated protective order as an *attachment* to the Motion; and
3)     Need to email a copy of the stipulated protective order in either, Word or Word Perfect format, to Shaffer_Chambers@cod.uscourts.gov.

    Parties are directed to contact the ECF Help Desk at 303.335.2050 for further assistance.

**DATED:**    May 22, 2008